### 0UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 13 Proceeding** |
| **MICHAEL AND SHARLYNN CHEAIRS** | ) | |
| | ) | **Case No.  05-61136** |
| **Debtors** | ) | |

### NOTICE FOR DEPOSIT OF FUNDS
### INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $504.98 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That Wolpoff & Abramson filed a Proof of Claim for Great Seneca/Direct Merchants on April 8, 2005 in the amount of $5,478.78.

3. That your Trustee attempted to send payment on said claim in May 2010 in the amount of $504.98 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $45.59 into U.S. Treasury Fund 6047BK on behalf of Wolpoff & Abramson whose last known address was Two Irving Central, 702 King Farm Blvd., Rockville, MD 20850-5775.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

### CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2010 service of a true and complete copy of the above and foregoing pleading or document was made upon the debtors' attorney and the U.S. Trustee electronically and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Michael and Sharlynn Cheairs, 1311 Whitcomb Street, Gary, IN 46404